IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| RAY LLOYD, | § | |
| | § | No. 361, 2016 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Court of Common Pleas |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 1505001567 |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: September 2, 2016
Decided: September 8, 2016
Corrected: September 28, 2016

**O R D E R**

This 28th day of September 2016, it appears to the Court that, on August 9, 2016, the Senior Court Clerk issued a notice directing the appellant to show cause why this appeal should not be dismissed for this Court's lack of jurisdiction to consider an appeal directly from the Court of Common Pleas. The appellant has not responded to the notice to show cause within the required ten-day period and therefore dismissal of this appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

/s/ James T. Vaughn, Jr.
Justice